1024

[No. 56713-6-I. Division One. October 23, 2006.]

PEMCO MUTUAL INSURANCE COMPANY, *Respondent*, v. JOHN A. WERNER ET AL., *Defendants*, DEBORAH TOLLUM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-11591-6, Michael T. Downes, J., entered July 29, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler, A.C.J., and Agid, J.

[No. 56774-8-I. Division One. October 23, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD TROY SCHAFF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-00244-8, Helen Halpert, J., entered July 29, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56861-2-I. Division One. October 23, 2006.]

SUNRISE VILLAGE CONDOMINIUM TRACT "E," *Respondent*, v. KARLYNE M. LAMBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-2-02300-5, Steven J. Mura, J., entered March 25 and August 15, 2005. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Baker and Cox, JJ.

[No. 56937-6-I. Division One. October 23, 2006.]

ROB'S ELECTRIC, INC., *Appellant*, v. SACOTTE CONSTRUCTION, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-01061-6, Paris K. Kallas, J., entered September 19, 2005. *Affirmed in part* and *reversed in part* by unpublished opinion per Agid, J., concurred in by Grosse and Cox, JJ.